UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
PEDRO JUAN TAVARES,                     : 08 Civ. 3782 (JSR) (JCF)
                                        :
         Plaintiff,                     : MEMORANDUM
                                        : AND ORDER
     - against -                        :
                                        :
CITY OF NEW YORK; BUREAU OF             :
CORRECTION DEPT.; GEORGE MOTCHAM        :
DETENTION CENTER; EMMANUEL BAILEY,      :
Warden; MISS GLOVER, Captain;           :
MISS PEE, Captain; MR. JEAN,            :
Corrections Officer; MISS JOHN DOE,     :
Corrections Officer;                    :
                                        :
         Defendants.                    :
- - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Pedro Jun Tavares, the pro se plaintiff in this case, has applied for appointment of counsel. The threshold consideration in ruling on such an application is a showing of some likelihood of merit. Cooper v. A. Sargenti Co., 877 F.2d 170, 172-74 (2d Cir. 1989). Mr. Tavares has not yet met this standard. No answer or motion directed to the complaint has yet been served, and no discovery has been taken. If no motion to dismiss is granted and discovery reveals a factual basis for the plaintiff's claims, he can reapply for appointment of counsel.

    Accordingly, the plaintiff's motion is denied with leave to renew following commencement of discovery.

    SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated:   New York, New York
         May 15, 2008

Copies mailed this date:

Pedro Juan Tavares
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
George Motchan Detention Center
15-15 Hazen Street
East Elmhurst, New York 11370

2