UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
PEDRO JUAN TAVARES,                   :  08 Civ. 3782 (JSR) (JCF)
                                      :
                Plaintiff,            :     O R D E R
                                      :
     - against -                      :
                                      :
CITY OF NEW YORK; BUREAU OF           :
CORRECTION DEPT.; GEORGE MOTCHAM      :
DETENTION CENTER; EMMANUEL BAILEY,    :
Warden; MISS GLOVER, Captain;         :
MISS PEE, Captain; MR. JEAN,          :
Corrections Officer; MISS JOHN DOE,   :
Corrections Officer;                  :
                                      :
                Defendants.           :
- - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Plaintiff having submitted an Order to Show Cause with a proposed Temporary Restraining Order that would enjoin defendants from retaliating against plaintiff for his filing of this action, it is hereby ORDERED as follows:

1. The Order to Show Cause shall not issue. The only support plaintiff has provided for his application is an unsworn letter dated ten month ago complaining of a single incident. Plaintiff's delay in seeking relief belies any claim of imminent harm.

2. The Pro Se Office of the Court shall proceed to effectuate service of the summons and complaint through the United States Marshals Service.

            SO ORDERED.

                      _____
                      JAMES C. FRANCIS IV
                      UNITED STATES MAGISTRATE JUDGE

1

Dated:  New York, New York
        June 3, 2008

Copies mailed this date:

Pedro Juan Tavares
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
George Motchan Detention Center
15-15 Hazen Street
East Elmhurst, New York 11370

<u>Pro</u> <u>Se</u> Office