```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
PEDRO JUAN TAVARES,                     : 08 Civ. 3782 (JSR) (JCF)
                                        :
                Plaintiff,              :      O R D E R
                                        :
     - against -                        :
                                        :
CITY OF NEW YORK; BUREAU OF             :
CORRECTION DEPT.; GEORGE MOTCHAM        :
DETENTION CENTER; EMMANUEL BAILEY,      :
Warden; MISS GLOVER, Captain;           :
MISS PEE, Captain; MR. JEAN,            :
Corrections Officer; MISS JOHN DOE,     :
Corrections Officer;                    :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/10
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

   Plaintiff having moved to amend the complaint, it is hereby ORDERED as follows:

   1.  Defendants shall answer the motion by March 12, 2010.

   2.  Plaintiff shall reply by March 26, 2010.

                         SO ORDERED.

                         _____
                         JAMES C. FRANCIS IV
                         UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 1, 2010


Copies mailed this date:

Pedro Juan Tavares
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
George R. Vierno Center
09-09 Hazen Street - Cell 15-B-6
East Elmhurst, New York 11370

1

Brian Francolla, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007